UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING, | No. 2:16-cv-1998 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEROME PRICE, et al., | |
| Defendants. | |

On October 13, 2016, plaintiff's complaint was dismissed and he was granted thirty days in which to file an amended complaint. Subsequently, plaintiff filed three motions for extensions of time. The first two motions sought additional time to file objections to findings and recommendations. However, no findings and recommendations have issued in this action. Rather, this action was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1), and the undersigned screened plaintiff's complaint by order. Thus, plaintiff's first two motions are denied.

Plaintiff's third motion sought an extension of time to file an amended complaint, and requests that he be granted sixty days in which to file an amended complaint or, in the alternative, to stay these proceedings pending ruling on his objections to the findings and recommendations. However, as set forth above, no findings and recommendations have issued. Plaintiff is required to file an amended complaint or risk the dismissal of this action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time to file objections (ECF Nos. 14 & 15) are denied;

2. Plaintiff's motion for extension of time to file an amended complaint (ECF No. 16) is granted; and

3. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint. Plaintiff is cautioned that failure to timely file an amended complaint will result in the dismissal of this action.

Dated: November 28, 2016

king1998.36

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE